**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

IN RE:                                                                                          Chapter 11

IMPLANT, GENERAL & COSMETIC
DENTISTRY OF TAMPA BAY, P.A.,                                      Case No.: 8:12-bk-18834-MGW

_____Debtor_____/

## CERTIFICATE OF COMPLIANCE

COMES NOW IMPLANT, GENERAL & COSMETIC DENTISTRY OF TAMPA BAY, P.A. (the "Debtor"), by and through its undersigned counsel, hereby files this its *Certificate Of Compliance* to this Court's *Order Conditionally Approving Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement, Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines With Respect to Confirmation Hearing,* entered April 9, 2013, and states that on April 11, 2013, the counsel for the Debtor has transmitted:

1. *Ballot* for accepting or rejecting the Debtor's Plan of Reorganization;

2. *Plan of Reorganization* **[Dkt #81]**, the conditionally approved *Disclosure Statement* **[Dkt #80]**;

3. *Order Conditionally Approving Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement, Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines With Respect to Confirmation Hearing* **[Dkt #86]**; and

4. A copy of the Proof of Claim.

to all creditors, equity security holders and other parties in interest as provided in Fed. R. Bankr. Proc. 3017(d), as per the attached matrix.

**DATED** on this 11th day of April, 2013.

Respectfully submitted,

BUDDY D. FORD, P.A.,

*Eric Jacobs*
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Eric D. Jacobs, Esquire (FBN: 0085992)
Email: *Eric@tampaesq.com*
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *Nancy@tampaesq.com*
Attorney for Debtor

cc:   Nicole Peair Nicole.W.Peair@USdoj.gov
       United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV
       Implant, General & Cosmetic Dentistry of Tampa Bay, P.A., 2184 Laurence Dr., Clearwater, FL 33764

```
Label Matrix for local noticing          Encore National Bank                   Implant, General & Cosmetic Dentistry of Tam
113A-8                                   Sivyer Barlow & Watson, P.A.           2184 Laurence Drive
Case 8:12-bk-18834-MGW                   401 E. Jackson Street                  Clearwater, FL 33764-6466
Middle District of Florida               Suite 2225
Tampa                                    Tampa, FL 33602-5213
Tue Apr  9 13:34:19 EDT 2013

JBR Realty, LLC                          James J Piro                           Regions Bank c/o Ronald B. Cohn, Esq.
c/o Suth Equities, LLC, managing member  7719 Holiday Dr                        302 Knights Run Avenue
25 Parks Point Blvd.                     Sarasota, FL 34231-5313                Suite 1100
Forked River, NJ 08731-4808                                                     Tampa, FL 33602-5987


Michael G. Williamson                    American Express                       American Express
Tampa                                    PO Box 650448                          c/o Becket and Lee LLP
                                         Dallas, TX 75265-0448                  PO Box 3001
                                                                                Malvern, PA 19355-0701


American Express Bank, FSB               American Express Business              Capital One Bank (USA), N.A.
c o Becket and Lee LLP                   Finance Corporation                    PO Box 71083
POB 3001                                 1851 E. First St., Ste. 450            Charlotte, NC 28272-1083
Malvern, PA 19355-0701                   Santa Ana, CA 92705-4074


Capital One Bank (USA), NA               Darby Dental Supply                    Darby Dental Supply
PO Box 71083                             4460 Holmes Road                       PO Box 26582
Charlotte, NC 28272-1083                 Memphis, TN 38118-7831                 New York, NY 10087-6582


Department of Labor and Security         Department of Revenue                  Dept. of Justice, Tax Div
Hartman Building Suite 307               PO Box 6668                            PO Box 14198
2012 Capital Circle Southeast            Tallahassee FL 32314-6668              Benjamin Franklin Station
Tallahassee FL 32399 0648                                                       Washington, DC 20044-4198


Dept. of Labor & Security                Diane Nelson, CFC                      Diane Nelson, CFC
Hartman Building, Ste. 307               Pinellas County Tax Collector          Pinellas County Tax Collector
2012 Capital Circle S.E.                 PO Box 4005                            PO Box 4006
Tallahassee, FL 32399-0648               Seminole, FL 33775-4005                Seminole, FL 33775-4006


Dolphin Tax Liens LLC                    Encore National Bank                   Encore National Bank
1835 NE MIAMI GARDENS DR # 217           3003 Tamiami Trail, Ste. 100           7920 Summerlin Lakes Dr.
NORTH MIAMI BEACH,, FL 33179-5035        Naples, FL 34103-2714                  Fort Myers, FL 33907-1816


Encore National Bank                     Encore National Bank                   Encore National Bank
C/O C Read Sawczyn, Esq.                 C/O C Read Sawczyn, Esq.               c/o Read Sawczyn, Esq.
Sivyer Barlow & Watson                   Sivyer Barlow & Watson, PA             Sivyer Barlow & Watson, P.A.
401 E Jackson St Ste 2225                401 E Jackson St Ste 2225              401 East Jackson Street, Suite 2225
Tampa, FL 33602-5213                     Tampa, FL 33602-5213                   Tampa, FL 33602-5213


Encore National Bank, N.A.               FCI Lender Services                    FIA Card Services, N.A. as successor to
c/o C. Read Sawczyn, Esq.                PO Box 27370                           Bank of America, N.A. (USA)
Sivyer Barlow & Watson, P.A.             Anaheim, CA 92809-0112                 and MBNA America Bank, N.A.
401 E. Jackson Street, Suite 2225                                               4161 Piedmont Parkway (NC4 105 03 14)
Tampa, FL 33602-5213                                                            Greensboro, NC 27410-8110
```

```
Idearc Media Corp. DBA Verizon Directori      Internal Revenue Service              Internal Revenue Service
c/o Yates & Schiller, P.A.                    Centralized Insolvency Op.            P.O. Box 7346
7900 Glades Road, Suite 405                   PO Box 7346                           Philadelphia, PA 19101-7346
Boca Raton, FL 33434-4104                     Philadelphia, PA 19101-7346


(p)INTERNAL REVENUE SERVICE                   JBR Realty, LLC                       JBR Realty, LLC
CENTRALIZED INSOLVENCY OPERATIONS             25 Parkers Point Blvd.                C/O Iurillo and Associates
PO BOX 7346                                   Forked River, NJ 08731-4808           Courthouse Square
PHILADELPHIA PA 19101-7346                                                          5628 Central Ave
                                                                                    St. Petersburg, FL 33707-1718


Pinellas County Tax Collector                 Regions Bank                          Regions Bank
PO Box 4006                                   C/O Ronald B Cohn, Esq                PO Box 11407
Seminole, FL 33775-4006                       302 Knights Run Ave Ste 100           Birmingham, AL 35246-0054
                                              Tampa, FL 33602-5994


Regions Bank                                  Regions Bank                          Regions Bank
PO Box 1984                                   c/o Ronald B. Cohn, Esq.              c/o W. Patrick Ayers
Birmingham, AL 35201-1984                     302 Knights Run Avenue                302 Knight Run Avenue, # 1100
                                              Suite 1100                            Tampa, Florida 33602-5987
                                              Tampa, Florida 33602-5987


SBA                                           Super Media, LLC                      U.S. Attorney General
c/o Gulfcoast Business Fin                    2200 West Airfield Drive              10th St.&Constitution Ave.NW
227 Second Avenue N.                          Dallas, Texas 75261                   Washington, DC 20530-0001
Saint Petersburg, FL 33701-3317               Dallas, TX 75261


US Bank as Cust for Tower                     US Securities &Exchange Comm          US Small Business Admin
C/O Affiliated Tax Co, LLC-14                 Atlanta Regional Office               c/o Dept of Justice, Tax Div
PO Box 645040                                 Reorganization Branch, 950 E          PO Box 14198
Cincinnati, OH 45264-0303                     Paces Ferry Rd, NE, Ste.900           Ben Franklin Station
                                              Atlanta, GA 30326                     Washington, DC 20044-4198


US Small Business Admin                       US Small Business Admin               Ronald B. Cohn +
c/o US Attorney General                       c/o US Attorneys Office               Arnstein & Lehr LLP
10th St. & Constitution Ave.                  Civil Process Clerk'                  Two Harbour Place
Washington, DC 20530-0001                     400 N. Tampa Street                   302 Knights Run Avenue, Suite 1100
                                              Tampa, FL 33602-4719                  Tampa, FL 33602-5987


Buddy D. Ford +                               United States Trustee - TPA +         Camille J Iurillo +
115 N. MacDill Avenue                         Timberlake Annex, Suite 1200          Iurillo & Associates PA
Tampa, FL 33609-1521                          501 E Polk Street                     5628 Central Avenue
                                              Tampa, FL 33602-3949                  St. Petersburg, FL 33707-1718


C Read Sawczyn +                              Pinellas County Tax Collector (KH) +  Nicole Peair +
Sivyer Barlow & Watson, P.A.                  Post Office Box 4006                  Timberlake Annex
401 E. Jackson Street                         Seminole, FL 33775-4006               501 E Polk Street, Suite 1200
Tampa, FL 33602-5233                                                                Tampa, FL 33602-3945
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Procedures Staff
400 W. Bay St., Stop 5720
Jacksonville, FL 32202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)JBR Realty, LLC                          End of Label Matrix
c/o Suth Equities, LLC, managing member     Mailable recipients    56
25 Parks Point Blvd.                        Bypassed recipients     1
Forked River, NJ 08731-4808                 Total                  57